IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 06-561-WDS |
| | : | |
| ONE 2004 DODGE QUAD CAB PICKUP, VIN: 1D7HA18NX4S540882, AND ALL ATTACHMENTS, EQUIPMENT, AND ACCESSORIES THERETO, | : | |
| | : | |
| DEFENDANT. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to Tom Riley, and all interested parties in the above case on the 7th day of March, 2007, [Doc. No. 11], all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 18th day of July, 2006, a Verified Complaint for Forfeiture against the defendant, more further described as:

> **One 2004 Dodge Quad Cab, VIN: 1D7HA18NX4S540882, and all attachments, equipment and accessories thereto**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said vehicle in part constitutes or is derived from proceeds traceable to offenses constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7) or a conspiracy to commit such offenses, said specified unlawful activity constituting offenses listing in 18 U.S.C. § 1961(1), namely, mail fraud as defined by 18 U.S.C. § 1343 and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(c).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on January 11, 2007;

That on July 26, 2006, August 2, 2006, and August 9, 2006, notice of this action was published in Edwardsville Intelligencer newspaper; the Certificate of Publication was filed with this court on October 16, 2006;

That Tom Riley, and all interested parties were defaulted for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One 2004 Dodge Quad Cab, VIN: 1D7HA18NX4S540882, and all attachments, equipment and accessories thereto**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party except as stated below.  The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

DATE: March 15, 2007

                                           s/*WILLIAM D. STIEHL*
                                                 United States District Judge